# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF THE
ADMINISTRATION OF THE FISCHER
TRUST DATED NOVEMBER 21, 1988.

TSAI LAN GERTH,
                    Appellant,
          vs.
YVETTE WEINSTEIN,
                    Respondent.

No. 70379

FILED

JUN 1 3 2017



## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion to dismiss this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
       Lansford W. Levitt, Settlement Judge
       Elizabeth J. Foley
       Dickinson Wright PLLC
       Schwartzer & McPherson Law Firm
       Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

17-19511